IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAVANNAH KATHRYN MILLER,

    Plaintiff,

vs.                                                           CIV. NO. 1:21-00968-KG/SMV

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

    Defendant.

## ORDER

Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

                                                                                                      _____
                                                                                                      UNITED STATES DISTRICT JUDGE

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

2

SUBMITTED AND APPROVED BY:

*Electronically submitted May 6, 2022*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved May 6, 2022*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff