IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAVANNAH KATHRYN MILLER,

    Plaintiff,

  vs.                                No. 21-cv-0968 KG/SMV

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion to Reverse and/or Remand (Doc. 20), in an Order entered concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE